UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2015 APR 20 PM 2 36
U.S. DISTRICT COURT

(To Be Provided by Court)
3:15 CV 579 VAB

WILLIAM BRANDON SHANLEY,
Plaintiff,

v.

NATIONAL ASSOCIATION OF BROADCASTERS, et al.

FILED
2015 APR 20 PM 3 57

PARTIES

1. William Brandon Shanley is a citizen of Connecticut who presently resides at Holiday Inn, Suite 513, 35 Governor Winthrop Boulevard, New London 06320.

2. Gordon H. Smith, President and CEO, National Association of Broadcasters, 1771 N Street NW, Washington DC 20036.

3. Michael Powell, President and CEO, National Cable Telecommunications Association, 25 Massachusetts Avenue, NW, Suite 100, Washington, DC 20001

See attached: "A: PARTIES."

B. JURISDICTION

The jurisdiction of this court is invoked pursuant to:

18 U.S.C. § 1038: US Code - Section 1038: False information and hoaxes
18 U.S.C. § 2331 defines "international terrorism" and "domestic terrorism"
18 U.S.C. § 2332b defines the term "federal crime of terrorism"
18 U.S.C. § 1515. Obstruction of Justice. Definitions for certain provisions; general provision.

C. NATURE OF THE CASE

BRIEFLY state the background of your case.

Request for Declaratory Relief

Fact is factum in Latin meaning "to make."

Truth and Justice are infinite universes in which we make facts to bring them to life. We compose narratives about what is real and conduct our lives in society through science and observation.

We call these "theories." Theories, like all maps, metaphors and meanings are not the things themselves. They are our simply our best approximations. To forget that the narrative map is not the territory it describes is a clean mistake of human consciousness.

Sometimes the narrative is contradicted by a fact called an "anomaly" that destroys our thought-picture and a more accurate theory that satisfies the anomaly must be fashioned. When this happens, and as the new theory becomes known, a "paradigm shift" occurs typically instilling states of cognitive dissonance and trauma in the neurophysiology of the People who continue to believe the obsolete narrative.

Sandy Hook Elementary School Shooting
(from Wikipedia
http://en.wikipedia.org/wiki/Sandy_Hook_Elementary_School_shooting)

*The Sandy Hook Elementary School shooting occurred on December 14, 2012, in Newtown, Connecticut, when 20-year-old Adam Lanza fatally shot 20 children and 6 adult staff members.[5][6] Prior to driving to the school, Lanza shot and killed his mother at their Newtown home.[8][11][12] As first responders arrived at the scene, Lanza committed suicide by shooting himself in the head.*

*The incident was the deadliest mass shooting at a high school or grade school in U.S. history and the second-deadliest mass shooting by a single person in U.S. history, after the 2007 Virginia Tech shootings.[13][14][15]*

*The shooting prompted renewed debate about gun control in the United States, including proposals for making the background-check system universal, and for new federal and state legislation banning the sale and manufacture of certain types of semi-automatic firearms and magazines with more than ten rounds of ammunition.*[16][17]

*A November 2013 report issued by the Connecticut State Attorney's office concluded that Lanza acted alone and planned his actions, but no evidence collected provided any indication as to why he did so, or why he targeted Sandy Hook Elementary School.*[18]

The official government theory is that on December 14, 2012, at 9:38 am, 108 lb. Adam Lanza, 20, shot his mother, Nancy Lanza, 52, of Newtown Connecticut, and then proceeded to Sandy Hook Elementary School where he climbed through a broken window while carrying 43 lbs of weaponry, murdered 20 school children aged 6-7 and 6 adults with 97% accuracy using a Bushmaster rifle in less than 7 minutes before killing himself. This theory, despite the government withholding evidence, is easily falsifiable by any several of scores of anomalies and constellations of correlations of documentary evidence like pictures, videotapes, documents, as well as the Connecticut State Police (CTSP) sources who provided us with the FEMA National Level Exercise drill script hidden in State's Attorney Stephen Sedensky's 11,000 page "document dump." We will model these patterns reflecting human intent in quantum systems for His Honor in Court.

The Evidence

"What is wrong with this picture?" Remember this children's game? This is precisely the situation that is upon us today for which the Plaintiff is requesting a Judicial Declaration:

18 U.S.C. § 1515. Obstruction of Justice. Definitions for certain provisions; general provision.

C. NATURE OF THE CASE

BRIEFLY state the background of your case.

Defendants entered in a multi-year conspiracy, separately and together, to commit fraud and terrorism, i.e. to brainwash the public into thinking a lone

gunman drill known as the Sandy Hook Massacre was real, when in fact, it was a staged FEMA National Level Exercise Event that redirected government resources to terrorize the public. These crimes were undertaken with the intent of subverting the US Constitution and to affect national, state and local laws. This involved lying to the public, faking news, publishing one-sided news reports, censoring reality, suppressing facts, and deliberately skewing the news to shift public perceptions. The true costs of this breach of integrity and trust to society are unfathomable. Instead of fulfilling their Constitutional Role as the People's Surrogates and honest brokers of information, the Plaintiff will show how the men and women who dominate the print and TV news industries in the United States, besmirched the First Amendment, their Constitutional role as government watchdogs, and forfeited the right to report the news and profit from news production and distribution. The sine qua non of journalism is the search for truth. Punitive damages of one year's annual revenue from each Defendant for each count are being sought to establish a News Trust that will free journalism and restore integrity and trust in our communications sources. A democracy cannot survive this tyranny over human consciousness.

This is a ripe, justiciable controversy.

D. CAUSE OF ACTION

Plaintiff alleges that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:

Claim I: That the conspirators who published fake news were among the perpetrators of an act of terrorism against me, the People of the United States and the World called "The Sandy Hook Massacre." Punitive damages $3 billion dollars for William Brandon Shanley and $5 trillion dollars for the People of the United States to establish a News Trust to free the Republic from tyranny.

Supporting Facts:

As per the general psychological environment surrounding Plaintiff's and the independent research team's efforts to solve this criminal mystery, and while our research continues to this day, it has become apparent to us that a pattern of

deaths and disappearances has been developing with citizens related to events at Sandy Hook. This list is growing and was prepared in conjuction with independent researcher, Tony Mead.

· Jennifer Sredzinski, 41, of Monroe, a 911 dispatcher from the Southwest Regional Communications Center (through which the drill was run), died August 29th after being found in a pool of blood outside her condominium unit. Her ex-husband, J. P. Sredzinski, also works at the Center and is former Chairman of the Monroe Town Council. He was elected State Representative from Newtown/Monroe's 112 District on the Republican ticket.

· Michael Bellmore, 27, of Hamden, a former New Haven Register reporter, died in May after going to work for the City of Hamden, where Mayor Scott Jackson is chairman of the Sandy Hook Advisory Committee appointed by Governor Malloy. Unexplained causes. (Michael's family has not responded to Plaintiff calls).

· Major William Podjorski, 49, of Farmington, CT State Police Western District Commander, a lead investigator of Sandy Hook, died in June of unexplained causes.

· JoAnn June Egletes, 53, a secretary to Attorney Irving Pinsky (who inquired about whether he could file a $100,000,000 negligence lawsuit against the State of Connecticut), died in September 2013 unexpectedly of a heart attack after bullets were fired into Pinsky's law office (WTNH-TV News).

· Douglas Cottle, 62, FEMA crisis actress and fake parent Alissa Parker's father, died several months before Sandy Hook, the result of a bizarre accident.

· Connecticut State Senator and Deputy Majority Leader, Andrew Maynard, 52, a gun control opponent, was in a coma after a mysterious fall from his balcony in July.

· Eric Langlois, 33, a professional photographer, who published photos of the contemporaneous drill at St. Rosa of Lima elementary school, disappeared for ten days, was then found dead in Lake Lillinonah in Lover's Leap State Park. The father of two, he and his wife Amber, were expecting their third child when tragedy struck in June 2013.

The odds against chance of these Sandy Hook-related events occurring randomly in such a narrow locus of space and time are virtually non-existent. And when you consider the cover-up, the long list of departing public servants, or Robert Hoagland, 50, a Newtown realtor who has disappeared, we not only witness the

systemic corruption of the entire government, but it looks like you've got Connecticut-style political corruption, RICO violations and Murder in the First Degree on your hands that should be of interest to the US Attorney but has escaped her juries.

Traumatized by evidence of government corruption and cognizant of the foul play surrounding events, and to authenticate the evidence in hand, in June 2013, the Plaintiff requested a series of cognitive tests be conducted with him by Dr. Gretchen Hermes, a professor of psychiatry at Yale Medical School using Sandy Hook and Boston Marathon Bombing pictures and videos (Exhibits Q & R to come).

The Plaintiff has been the focus of dirty tricks, surveillance, and misdirection of the criminal justice system, and of the Superior Court in New London.

- Tobias Smith, 28, the Plaintiff's former roommate by one week, began acting strangely and jumped from the Gold Star Bridge into the Thames River in New London on August 28, 2014 and drowned; this, three weeks after Gretchen Hermes, MD, etc., warned him he might be in danger if he continued his Sandy Hook research.
- Just days after filing the recently denied Motion to the Court on 12-17, 2014, responding to an argument the Plaintiff had with an AMTRAK clerk who caused him to miss his train to Boston for holiday celebrations on December 30th, Plaintiff was assaulted and arrested by four New London police (who failed to identify themselves) who charged him with assault on a police officer, resisting arrest, and another trumped up charge. (See Exhibit S)
- The assault, which brought Mr. Shanley to the brink of being hog-tied in a scene suggestive of Kristallnacht, was characterized by one police officer attempting to break the Plaintiff's eyeglasses into his right eye by forcing the corner of the lens holder into his eye (without success!) while another peace officer straddled Mr. Shanley twisting his right thumb, even though he was already cuffed, which had forced him to the ground to save it from being twisted off. Mr. Shanley has cuts on both hips and legs from being the unnecessarily rough treatment by these psychopathic goons. Mr. Shanley was arrested and taken to the New London Police Station where he was charged and wounds photographed. Later, he was hospitalized.

- Following hospitalization, Mr. Shanley was taken the New London Superior Court which sentenced him to prison where he was held for 43 days until February 11, 2015, causing him to be evicted from his apartment for what would turn out to be an illegal eviction by the landlord's building manager for being 2 weeks late with rent.
- In a scene reminiscent of Jason Bourne's training as a MKULTRA assassin, at Corrigan Prison, he was beaten by four prison guards in the property room, drugged with Haldol ("a drug that basically incapacitates you," according to CT prison system nurse Alex Marshall) by Connecticut State Prison's Dr. Cutter for 9 days (Plaintiff has no memory of these days), under 15 minute observation in the mental unit with no Rights, simply because he informed the incredulous doctor that the US Secret Service and New London police came to visit him with on December 9, 2014, this after he requested that the Service deliver his November 22, 2014 letter to President Obama. (See Exhibit S)
- During the 9 days, Mr. Shanley was not permitted a phone call to an attorney, a period of time long enough that anything could have been done to him by prison officials from inserting a rfid chip, to brainwashing, to torture.
- The Superior Court Judge basically "disappeared" him for 43 days, causing his associates great fear of his permanent demise. (See Exhibits T & U).

Exhibits:

Exhibit A: Connecticut Department of Emergency Services and Public Protection website announcement for CT-FEMA volunteers to assemble in Bridgeport on 12-14-2012 for a mass casualty exercise involving children.

Exhibit B: FEMA Site Activation Call-down Drill Exercise Plan. The drill plan.

Exhibit C: Website of Obsidian Analytics, Inc., producer of the drill.

Exhibit D - Sandy Hook Mass Evacuation video. Dash Cam from 3 cameras on 3 CT State Police cars at Sandy Hook School on 12-14-2012, evidence of no emergency and the lunacy of this criminal conspiracy to terrorize humankind.

Exhibit E:

Exhibit F: Shannon Hicks' account of events in TIME Magazine: http://time.me/449676/the-story-behind-the-iconic-photograph-from-sandy-hook/

James H. Fetzer, Ph.D. has published more than 35 stories disputing the Defendants' reportage in the Veteran's Today website.

Exhibit G: http://www.veteranstoday.com/2014/12/14/the-sandy-hook-hoax-how-we-know-it-didn't-happen/

Exhibit H: http//www.veteranstoday.com/2014/12/08/sandy-hook-the-bomb-that-didn't-smoke-lounging-at-the-massacre/

Exhibit I: http://www.veteranstoday.com/2014/07/22/the-sandy-hook-smoking-gun-game-set-match/

And Good News from Preston James!

Exhibit J: http://www.veteranstoday.com/2014/11/18/finally/really/good/news/

Claim II:

That said Defendants have been actively involved in a cover-up of said crimes against me, the People of the United States and the World the criminal conspiracy that continues to this date. Punitive damages $3 billion dollars for William Brandon Shanley and $5 trillion dollars for the People of the United States to establish a News Trust to free the Republic from tyranny.

Supporting Facts:

The Defendants continue to perpetrate their hoax even after the Plaintiff has notified the President of the United States and copied many of the Defendants including The Bee, The Courant, and The New York Times: Exhibits K-M

Exhibit N: The Hartford Courant: http://www.courant.com/news/connecticut/hc-newtown-weapons-editorial-1214-20141214-story.html (Accessed 12/15/14)

Exhibit O: The Newtown Bee 12/15/2014

Plaintiff has also written to Connecticut Governor Dannel P. Malloy, twice, the Governor's Sandy Hook Advisory Commission, and the Chairmen and Ranking Members of the US Senate and House Judiciary Committees.

Exhibit P: July 17, 2014 Letter to the President warning of collapse of Deep State operations in the Northeast.

Exhibit Q: July 21, 2014 Letter to Governor Dannel P. Malloy

Exhibit R: July 30, 2014 Letter to US Senators Leahy and Grassley of the US Senate Judiciary Committee

Exhibit S: July 30, 2014 Letter to US Congressmen Goodlatte and Conyers of the US House Judiciary Committee

Exhibit T: August 21, 2014 Letter from Sandy Hook Justice to the Sandy Hook Advisory Commission

Exhibit U: September 3, 2014 Letter to Governor Dannel P. Malloy

The Plaintiff has written a plethora of communications to US Senators Blumenthal, Murphy and Feinstein, Congressman Courtney, CTSP spokesman J. Paul Vance, twice to every member of the Connecticut State legislature, and many in political leadership. All communications have fallen on deaf ears. Hence, I turn finally to the US District Court for relief and healing of this trauma to America, betrayal of the People and other High Crimes and Misdemenours.

Claim III:

That said Defendants have been actively involved in obstruction of justice in said crimes against me, the People of the United States and the World. Punitive

damages $3 billion dollars for William Brandon Shanley and $5 trillion dollars for the People of the United States to establish a News Trust to free the Republic from tyranny.

Exhibit V: 3 American Journalists Die within 24 Hours – One Hours After Interviewing Edward Snowden. http://freedomoutpost.com/2015/02/3-american-journalists-die...

Exhibit W: State of Connecticut TOPOFF 3 After-Action Report Summary of Key Findings. UCONN College of Continuing Studies, Homeland Security Education Center. An astonishing public document, the TOPOFF Summary describes a drill in Connecticut using mustard gas that sent thousands to hospitals, overwhelming them! How did our State and Nation become so infected with such pathologies? It would have been impossible without the full compliance and engagement of media and industry in these crimes.

E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

XX Yes No. If your answer is "Yes," describe each lawsuit.

a. Parties to previous lawsuit:
Plaintiff(s): William Shanley
Defendant(s: Smith, et al.

b. Name and location of court and docket number: US District Court of Connecticut, No. 3:14CV1881 and No 3:14-cv-01881.

c. Disposition of lawsuits. Are they still pending? YES.

d. Issues raised: Fraud, Federal Terrorism, Obstruction of Justice

e. Approximate date of filing lawsuit: February 23, 2014

F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: a trial

G. JURY DEMAND

Do you wish to have a jury trial? Yes No

Plaintiff's Original Signature

William Brandon Shanley

New London, CT 06320

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. Executed at New Haven, Connecticut on February 26, 2015.

Plaintiff's Original Signature

A: Parties

William Brandon Shanley, Holiday Inn, New London, Connecticut

Gordon H. Smith, President and CEO, National Association of Broadcasters, 1771 N Street NW
Washington DC 20036.

Michael Powell, President and CEO, National Cable Telecommunications Association, 25 Massachusetts Avenue, NW, Suite 100, Washington, DC 20001

Amy Tardif, Chairman of the Board, Radio Television Digital News Association, The National Press Building
529 14th Street, NW, Suite 1240, Washington, D.C. 20045

Dana Neuts, Society of Professional Journalists, Eugene S. Pulliam National Journalism Center, 3909 N. Meridian St, Indianapolis, IN 46208

Christi Parsons, White House Correspondents Association, 600 New Hampshire Avenue, Suite 800
Washington, DC 20037

Cloves C. Campbell, Chair, National Newspaper Publishers Association, 1816 12th Street, NW, Washington, DC 20009

John Edgecombe Jr., National Newspaper Association, P.O. Box 7540, Columbia, MO 65205-7540

Nikki Kahn, Executive Director, White House News Photographers Association (address to come)

Tim Franklin, President, Poynter Institute, St Petersburg, Florida

**Ann Marie Lipinski, Curator,** The Nieman Foundation, Harvard University

Matthew Baum, Marvin Kalb Professor of Global Communication, **Shorenstein Center on Media, Politics, and Public Policy,** John F. Kennedy School of Government, Harvard. University,  UniversityUniversity
79 JFK Street, second floor, Taubman Building

Cambridge, MA 02138
John F. Kennedy School of Government, Harvard University
79 JFK Street, second floor, Taubman Building
Cambridge, MA 02138University of Missouri

Dean Mills, University of Missouri, Missouri School of Journalism, Administrative Offices, 120 Neff Hall, Columbia, MO 65211-1200

Jane McDonnell, Online News Association, c/o NPR, 1111 North Capitol Street NE, Sixth Floor Washington, DC 20002